IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |
|---|---|
| JENNIFER O'BRIEN,<br>10944 Pennycress Street<br>Manassas, VA 20110<br><br>          Plaintiff,<br><br>v.<br><br>CONSUMER SAFETY TECHNOLOGY, LLC,<br>11035 Aurora Ave.<br>Des Moines, IA 50322.<br><br>          Defendant. | Civil Action Number:  1:23-cv-571 |

**NOTICE OF REMOVAL**

Please take notice that, pursuant to 28 U.S.C. § 1332, Defendant, Consumer Safety Technology, LLC ("CST"), hereby removes this action from the Circuit Court for Prince William County, Virginia, to the United States District Court for the Eastern District of Virginia, Alexandria Division. In support of this Notice of Removal, CST avers as follows:

**Procedural History and Plaintiff's Allegations**

1.  On or about March 24, 2023, Plaintiff, Jennifer O'Brien filed her Complaint captioned "Jennifer O'Brien v. Consumer Safety Technology, LLC." in the Circuit Court for the City for Prince William County, Virginia (the "Complaint" or "Compl."). A copy of the Complaint and summons is attached hereto as Exhibit 1. The Complaint and summons were served on CST's registered agent, Corporation Service Company, on March 30, 2023. Declaration in Support of Removal ("Decl."), ¶ 5.

2. The Complaint asserts one count alleging a violation of the Virginia Human Rights Act, Virginia Code § 2.2-3900.

3. The Complaint asserts that the actions giving rise to the lawsuit occurred in the Commonwealth of Virginia. Compl, ¶ 3.

4. On April 28, 2023, CST filed an Answer to the Complaint in the Circuit Court for Prince William County, Virginia. Exhibit 2.

## Grounds for Removal

A. *There is complete diversity of citizenship between the parties.*

5. As asserted in its Complaint, Plaintiff is a resident and of Virginia. Compl. ¶ 1.

6. CST was formed under the laws of the state of Delaware. Decl., ¶ 2. CST's headquarters and principal offices are located at 11035 Aurora Ave., Des Moines, IA 50322. *Id.,* ¶ 3.

7. CST is a single member LLC. The sole member is CST Buyer Company, which is a Delaware corporation, with its principal offices located at 11035 Aurora Ave., Des Moines, IA 50322. *Id.,* ¶ 4.

8. Accordingly, there is complete diversity between Plaintiff and CST, pursuant to 28 U.S.C. § 1332(a)(1).

B. *The amount in controversy exceeds $75,000.*

9. In its Complaint, Plaintiff seeks damages in the amount of $250,000.00. Compl.

10. Accordingly, this Court has jurisdiction pursuant to 28 U.S.C. § 1332.

## The Procedural Requirements for Removal Have Been Satisfied.

11. This Court is an appropriate venue pursuant to 28 U.S.C. §§ 1391, 1441, and 1446(a).

12. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1) as it is being filed within thirty (30) days of CST receiving through service a copy of the Complaint and summons setting forth a claim for relief upon which such action or proceeding is based.

13. After filing this Notice of Removal, CST will promptly serve written notice of this Notice of Removal on counsel for Plaintiff and file the same with the Clerk of the Circuit Court for Prince William County, Virginia in accordance with 28 U.S.C. § 1446(d).

14. True and correct copies of the pleadings received by CST in the action pending in the Circuit Court for Prince William County, Virginia are attached hereto as Exhibit 1.

15. A true and correct copy of the Answer filed by CST in the action pending in the Circuit Court for Prince William County, Virginia is attached hereto as Exhibit 2.

### **Non-Waiver of Defenses**

16. By removing this action from the Circuit Court for Prince William County, Virginia, CST does not waive any defenses available to it.

17. By removing this action from the Circuit Court for Prince William County, Virginia, DPC does not admit any of the allegations in the Complaint.

**WHEREFORE**, Defendant, CST removes the above-captioned action from the Circuit Court for Prince William County, Virginia to the United States District Court for the Eastern District of Virginia, Alexandria Division.

Submitted this 28th day of April, 2023.

                                                Respectfully submitted,

                                                */s/ Michael E. Barnsback*
                                                Michael E. Barnsback
                                                VSB No. 33113
                                                O'Hagan Meyer, PLLC
                                                2560 Huntington Ave., Suite 204
                                                Alexandria, VA 22303

                    Telephone: (703) 775-8601
                    Facsimile: (804) 403-7110
                    mbarnsback@ohaganmeyer.com
                    *Counsel for Defendant, Consumer Safety Technology, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to all authorized users. The foregoing was also served upon the following counsel of record via U.S. Mail and email:

    Jason F. Zellman
    Surovell Isaacs & Levy PLC
    4010 University Drive
    Second Floor
    Fairfax, VA  22030
    *Counsel for Plaintiff*

                    */s/ Michael E. Barnsback*
                    Michael E. Barnsback (VSB No. 33113)