IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JENNIFER O'BRIEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONSUMER SAFETY )<br>TECHNOLOGY, LLC, )<br>)<br>Defendant. ) | Civil Action No. 1:23-cv-571<br>(Removed from Circuit Court for Prince William County Case No. 153CL23003043-00) |

## DECLARATION IN SUPPORT OF REMOVAL

I, Amanda Sedars, hereby state and affirm under penalty of perjury as follows:

1. I am employed by Consumer Safety Technology, LLC ("CST") as its Chief Human Resources and Compliance Officer.

2. CST is a Limited Liability Company organized under the laws of the state of Delaware.

3. The headquarters and principal offices of CST are located at 11035 Aurora Ave., Des Moines, IA 50322.

4. CST is a single member LLC. The sole member is CST Buyer Company, which is a Delaware corporation, with its principal offices located at 11035 Aurora Ave., Des Moines, IA 50322.

5. Corporation Service Company, CST's registered agency was served with the summons and Complaint on March 30, 2023. The document attached as Exhibit A is a true and authentic copy of the notice of service from Corporation Service Company.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2023.

*Amanda Sedars*
Amanda Sedars



# Notice of Service of Process

null / ALL
Transmittal Number: 26660058
Date Processed: 03/31/2023

| | |
|---|---|
| **Primary Contact:** | Legal Department null<br>CST Buyer Company<br>11035 Aurora Ave<br>Des Moines, IA 50322-7902 |
| **Electronic copy provided to:** | Dayna Youhana<br>Mike Voigt<br>Shannon Woods |
| **Entity:** | Consumer Safety Technology, LLC<br>Entity ID Number 3503779 |
| **Entity Served:** | Consumer Safety Technology, LLC |
| **Title of Action:** | Jennifer O'Brien vs. Consumer Safety Technology, LLC |
| **Matter Name/ID:** | Jennifer O'Brien vs. Consumer Safety Technology, LLC (13866861) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Prince William County Circuit Court, VA |
| **Case/Reference No:** | 153CL23003043-00 |
| **Jurisdiction Served:** | Virginia |
| **Date Served on CSC:** | 03/30/2023 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Surovell Isaacs & Levy PLC<br>703-277-9704 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com



EXHIBIT A